UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

    v.                       Case No. 05-cr-243-01-PB

<u>James Costello</u>

<u>      </u>

<u>ORDER</u>

    Re: Document No. 161, Motion to Seal

    Ruling: Motion denied without prejudice.  The case shall remain sealed for 10 days to permit the government to file a new motion explaining why this extraordinary relief is warranted.


                                        <u>/s/ Paul Barbadoro</u>
                                        Paul Barbadoro
                                        U.S. District Judge

Date:  November 17, 2005

cc:  Joseph Laplante, esq.